**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD BRANCH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | COURT NO. 03-30118-001 |
| TRACEY L. RICHARDS, ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

Please enter the appearance of ELIZABETH L. COLLINS, Assistant United States Attorney, as co-counsel for the United States in this case.

Respectfully submitted,

**JAN PAUL MILLER
UNITED STATES ATTORNEY**

s/Elizabeth L. Collins
_____
ELIZABETH L. COLLINS
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
Tele: 217/492-4450
Fax: 217-492-4888
E-Mail: Beth.Collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **MOTION** was mailed on January 25, 2005, upon the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

TRACEY L. RICHARDS,
Rural Route 1
Box 343D
Petersburg, IL 62675

s/Elizabeth L. Collins
_____
Elizabeth L. Collins
Assistant U.S. Attorney
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E:Mail: Beth.Collins@usdoj.gov