E-FILED
Tuesday, 25 January, 2005  09:42:49 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| ) COURT NO. | |
| v. ) 03-30118-001 | |
| ) | |
| Tracey L. Richards, ) | |
| ) | |
| Defendant. ) | |

**SATISFACTION OF MONETARY JUDGMENT**

The Monetary Judgment in the above-entitled case has been paid in full,

therefore the Clerk of the United States District Court for the Central District of Illinois is

authorized and empowered to satisfy and cancel the Judgment of record.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

DATE: January 25, 2005

s/Elizabeth L. Collins
_____
By:    Elizabeth L. Collins, Bar No. 487864
       Attorney for Plaintiff
       United States Attorneys Office
       318 S. 6th Street
       Springfield, Illinois 62701
       Telephone: 217-492-4450
       Fax: 217-492-4888
       E-mail: Beth. Collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **SATISFACTION OF JUDGMENT** has been mailed to the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

>Tracey L. Richards
>Rural Route 1
>Box 343D
>Petersburg, IL 62675

January 25, 2005

>s/Elizabeth L. Collins
>_____

By:   Elizabeth L. Collins, Bar No. 487864
      Attorney for the Plaintiff
      United States Attorneys Office
      318 S. 6th Street
      Springfield, Illinois 62701
      Telephone: 217-492-4450
      Fax:  217-492-4888
      E-Mail: Beth.Collins@usdoj.gov